# Exhibit A

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

CIERRA ALLEN,                        )
SANTOINE ALLEN,                      )
                                     )
      Plaintiffs,                    )        CIVIL ACTION FILE NO.
                                     )        26SC-0449-B
v.                                   )
                                     )
TOYOTA MOTOR NORTH AMERICA,          )
INC.,                                )
                                     )
      Defendant.                     )

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant TOYOTA MOTOR NORTH AMERICA,

INC., has on this date filed their Notice of Removal, a copy of which is attached hereto, in the

office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta

Division in Atlanta, Georgia.

      This 19th day of March, 2026.

                              **MARSH ATKINSON & BRANTLEY, LLC**

                              */s/ Joseph J. Angersola*
                              Joseph J. Angersola
                              Georgia Bar No. 890572
                              *Attorney for Defendant*

271 17th Street NW, Suite 1600
Atlanta, GA 30363
Firm (404) 282-5050
Fax (404) 282-3030
joseph.angersola@mablawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL** upon all parties to this matter by Statutory Electronic Service via email pursuant to O.C.G.A. § 9-11-5 addressed to the parties and/or their counsel of record as follows:

Cierra Allen
Santoine Allen
7759 Bucknell Terrace
Fairburn, GA 30213
Cierra.allen628@gmail.com
*Pro Se Plaintiffs*

This 19th day of March, 2026.

**MARSH ATKINSON & BRANTLEY, LLC**

*/s/ Joseph J. Angersola*
Joseph J. Angersola
Georgia Bar No. 890572
*Attorney for Defendant*

271 17th Street NW, Suite 1600
Atlanta, GA 30363
Firm (404) 282-5050
Fax (404) 282-3030
joseph.angersola@mablawfirm.com