# Exhibit B

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**26SC-0449-B**

**Judge T. Russell McClelland**
**FEB 09, 2026 09:49 AM**

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER   26SC-0449-B

Allen, Cierra
Allen, Santoine
_____

**PLAINTIFF**

**VS.**

Toyota Motor North America, Inc. c/o The
Corporation Company
_____

**DEFENDANT**


## SUMMONS

TO: TOYOTA MOTOR NORTH AMERICA, INC. C/O THE CORPORATION COMPANY

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Cierra Allen**

**7759 Bucknell Terrace**
**Fairburn, Georgia 30213**
**cierra.allen628@gmail.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 9th day of February, 2026.**

Clerk of State Court

Greg G. Allen, Clerk
Forsyth County, Georgia

SC-1
Rev'd 10/24

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**26SC-0449-B**
**Judge T. Russell McClelland**
**FEB 09, 2026 09:49 AM**

Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE STATE COURT OF FORSYTH COUNTY**

STATE OF GEORGIA

CIERRA ALLEN
SANTOINE ALLEN,
Plaintiffs,

v.

TOYOTA MOTOR NORTH AMERICA, INC.,
Defendant.

**COMPLAINT**

Plaintiffs Cierra Allen and Santoine Allen, proceeding pro se, bring this Complaint against Defendant Toyota Motor North America, Inc. ("Toyota"), and show the Court as follows:

**I. PARTIES**

1.  Plaintiff Cierra Allen is an adult resident of the State of Georgia.
2.  Plaintiff Santoine Allen is an adult resident of the State of Georgia.
3.  Plaintiff Santoine Allen is the lawful spouse of Plaintiff Cierra Allen and was legally married to her at all times relevant to this action.
4.  Defendant Toyota Motor North America, Inc. is a foreign corporation authorized to do business in the State of Georgia and may be served through its registered agent, The Corporation Company, located in Cumming, Forsyth County, Georgia.

**II. JURISDICTION AND VENUE**

5.  This Court has subject matter jurisdiction over this action pursuant to O.C.G.A. § 15-7-3 and Article VI, Section I of the Georgia Constitution, as the amount in controversy exceeds $15,000.
6.  Venue is proper in Forsyth County, Georgia because Defendant's registered agent for service of process is located in Forsyth County and Defendant conducts business within the State of Georgia.

**III. FACTUAL ALLEGATIONS**

7.  On or about a date to be shown at trial, Plaintiff Cierra Allen was operating a Toyota vehicle designed, manufactured, marketed, and/or distributed by Defendant branded as Lexus RX 500h.

8. At all relevant times, the vehicle contained electronic safety systems and related components intended to protect occupants and prevent or mitigate harm during normal operation and foreseeable incidents.
9. The vehicle's safety systems and electronic components were defective, improperly designed, manufactured, tested, inspected, or inadequately warned about.
10. As a direct and proximate result of these defects, the vehicle failed to operate in a reasonably safe manner, causing Plaintiff Cierra Allen to suffer significant physical, emotional, and financial harm.
11. Defendant knew or should have known of the defects through testing, consumer complaints, recalls, prior incidents, or internal data.
12. Despite such knowledge, Defendant failed to adequately correct the defects, failed to properly warn consumers, and continued to place the defective vehicle into the stream of commerce.
13. Plaintiff Cierra Allen used the vehicle in a manner that was reasonably foreseeable by Defendant.
14. Plaintiff Cierra Allen did not alter or misuse the vehicle in any way that caused or contributed to the defects.

## IV. COUNT I – STRICT PRODUCT LIABILITY

15. Defendant was engaged in the business of designing, manufacturing, and distributing motor vehicles and their component parts.
16. The vehicle and its safety systems were defective and unreasonably dangerous at the time they left Defendant's control.
17. These defects were the direct and proximate cause of Plaintiff Cierra Allen's injuries and damages.
18. Defendant is strictly liable for Plaintiff Cierra Allen's injuries pursuant to Georgia product liability law.

## V. COUNT II – NEGLIGENCE

19. Defendant owed a duty to exercise reasonable care in the design, manufacture, testing, inspection, and warning of risks associated with its vehicles and safety systems.
20. Defendant breached that duty by failing to:

- Properly design and test the safety and electronic systems
- Identify and correct known defects
- Warn consumers of known dangers
- Implement adequate quality control measures

21. Defendant's negligence directly and proximately caused Plaintiff Cierra Allen's injuries and damages.

## VI. COUNT III – FAILURE TO WARN

22. Defendant failed to provide adequate warnings or instructions regarding known or reasonably foreseeable risks associated with the vehicle's safety systems and electronic components.
23. Had adequate warnings been provided, Plaintiff Cierra Allen would have acted differently and avoided or reduced the harm suffered.

## VII. DAMAGES

24. As a direct and proximate result of Defendant's actions, Plaintiffs have suffered damages including, but not limited to:

- Physical injury
- Pain and suffering
- Emotional distress
- Medical expenses
- Loss of use and enjoyment
- Other economic and non-economic damages

## VIII. LOSS OF CONSORTIUM (PLAINTIFF SANTOINE ALLEN)

25. Plaintiff Santoine Allen incorporates by reference all preceding paragraphs as if fully set forth herein.
26. Plaintiff Santoine Allen was, and remains, the lawful spouse of Plaintiff Cierra Allen.
27. As a direct and proximate result of Defendant's negligent, reckless, and wrongful conduct, Plaintiff Cierra Allen sustained serious physical injuries.
28. As a direct and proximate result of said injuries, Plaintiff Santoine Allen has suffered loss of consortium, including but not limited to loss of companionship, affection, society, services, and the full enjoyment of the marital relationship.
29. Plaintiff Santoine Allen has further suffered emotional distress and strain on the marital relationship as a foreseeable consequence of Defendant's conduct.
30. Plaintiff Santoine Allen's loss of consortium claim is derivative of Plaintiff Cierra Allen's injuries and Defendant's wrongful acts, and he is entitled to recover damages in an amount to be determined by a jury.

## IX. DAMAGES DEMAND

31. Plaintiffs seek damages in an amount to be determined by the trier of fact, not to exceed $3,000,000, plus costs of litigation and any other relief deemed just and proper by the Court.

## X. JURY DEMAND

32. Plaintiffs hereby demand a trial by jury on all issues so triable.

## XI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court:

a. Enter judgment in favor of Plaintiffs and against Defendant;
b. Award compensatory damages, including damages for personal injury and loss of consortium;
c. Award costs of litigation; and
d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 9th day of February, 2026.

Cierra Allen
Santoine Allen
Plaintiffs, Pro Se
7759 Bucknell Terrace
Fairburn, GA 30213
678-770-3914
cierra.allen628@gmail.com

## SHERIFF'S ENTRY OF SERVICE

**FORSYTH** _____ County, Georgia

Civil Action No. __26SC-0449-B__

Date Filed _____02/09/26 09:49 AM_____

Superior Court ☐
State Court ☒

⚜ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA
**26SC-0449-B**
**Judge T. Russell McClelland**
**FEB 18, 2026 12:20 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

Attorney's address and email

7759 Bucknell Terrace
Fairburn, GEORGIA 30213-
cierra.allen628@gmail.com

Allen, Cierra; Allen, Santoine _____

**Plaintiff(s)**

Toyota Motor North America, Inc. c/o The Corporation Company

Name and address of party to be served

__Toyota Motor North America, Inc. c/o The Corporation Company__

__410 Peachtree Parkway Suite 4245__

__Cumming, GEORGIA 30041__

**Defendant(s)**

**Garnishee**

☐ **(PERSONAL)** I have this day served the defendant(s) _____ personally with a copy of the within action and summons and complaint.

☐ **(NOTORIOUS)** I have this day served the defendant(s) _____'_____ by leaving a copy of the action and summons and complaint at defendant's most notorious place of abode in this county.

I delivered the summons and complaint into hands of _____ described as follows: Age, about _____ years; weight, about _____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant(s).

☒ **(CORPORATION)** Served the defendant(s) _Th Corporation Co_ , a corporation, by leaving a copy of the within action and summons and complaint with _Macy Macyin_ _____ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant(s) _____ in the jurisdiction of this Court.

This _17_ day of _Feb_____, 20 _2t__ .

_Will Abbi  # 2882_____
Deputy Sheriff

SC-2
Rev'd 10/25

# FORSYTH COUNTY SHERIFF`S OFFICE

Case 1:26-cv-01512-VMC    Document 1-2    Filed 03/19/26    Page 8 of 8

## Civil Paper - CIVIL PAPER

**\*CP88635\***

| Civil ID | Case ID | File/Docket # |
|---|---|---|
| **88635** | | **26SC-0449-B** |

| Officer | Location of Original Copy | Local # |
|---|---|---|
| **SHELDON, T. D.** | | |

| PLAINTIFF NAME & ADDRESS | Court | Court Date |
|---|---|---|
| **ALLEN, CIERRA; ALLEN, SANTOINE** | | |
| | Date Issued **02/09/2026** | Date Received **02/09/2026** |
| | Disposition **Active** | Disposition Date **02/09/2026** |

## VERSUS

| DEFENDANT NAME & ADDRESS | SERVE TO ADDRESS: |
|---|---|
| **TOYOTA MOTOR NORTH AMERICAN , INC**<br>**410 Peachtree Pkwy , 4245**<br>**Cumming,GA  30041** | Beat: **S61**<br>District: **STH**   Neighbhd:<br>ReportArea: **COM5**   SubDivsn: |
| | DEFENDANT NAME & ADDRESS |

| Race / Sex / DOB | SSN |
|---|---|
| | |

| Employer Information | |
|---|---|
| | |

| Home Phone | Work Phone | Notes (for above Defendant) |
|---|---|---|
| | | |

**Alerts**

## SERVICE NOTES

### FIRST ATTEMPT

| Successful | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| ☑ Yes  ☐ No | 2/17/26 | | Hobbs / Burke | Micie Morgn |

| Where Served | Comments (include new address) |
|---|---|
| **Serve To Address:** | Served |

### SECOND ATTEMPT

| Successful | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| ☐ Yes  ☐ No | | | | |

| Where Served | Comments (include new address) |
|---|---|
| | |

### THIRD ATTEMPT

| Successful | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| ☐ Yes  ☐ No | | | | |

| Where Served | Comments (include new address) |
|---|---|
| | |